**No. 10-6501. In re Ramon Dominguez, Petitioner.**

562 U.S. 1173, 131 S. Ct. 989, 178 L. Ed. 2d 818, 2011 U.S. LEXIS 606.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1043, 131 S. Ct. 608, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8997.